UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 5:21-cr-542 |
| | § | |
| VICTOR MANUEL ROSALES-RAMOS | § | |

## FACTUAL STATEMENT IN SUPPORT OF PLEA AGREEMENT

The United States of America, by and through Jennifer B. Lowery, Acting United States Attorney for the Southern District of Texas and Aaron Petters, Assistant United States Attorney, and the defendant, **VICTOR MANUEL ROSALES-RAMOS** and the defendant's counsel, hereby stipulate as follows:

I.

If this case proceeded to trial, the United States of America would prove each element of the offense beyond a reasonable doubt. The following facts, among others, would be offered to establish the Defendant's guilt:

II.

On March 7, 2021, Victor Manuel Rosales-Ramos drove a white tractor-trailer into a primary inspection lane at the Laredo North Border Patrol checkpoint, located off of Interstate 35, 29 miles north of Laredo, Texas. During the primary inspection, Rosales Ramos gave agents permission to search the sleeper area of the tractor. As agents were searching, a service canine alerted to the presence of narcotics in the tractor. Agents found a black duffel bag with two fire extinguishers inside the sleeper area. Rosales-Ramos became visibly nervous when agents discovered the fire extinguishers. Agents examined the fire extinguishers and noticed they left red powder on their latex gloves and they showed signs of being modified. Agents scanned them with

a Z-portal machine, which confirmed anomalies inside both fire extinguishers. Agents opened the fire extinguishers and found one contained 7.52 kilograms of a substance that field-tested positive for methamphetamine. The other contained 5.98 kilograms of a substance that field-tested positive for cocaine.

III.

Defendant, **VICTOR MANUEL ROSALES-RAMOS**, hereby confesses and judicially admits that on **March 7, 2021**, he did knowingly **conspire to possess with intent to distribute 50 grams or more of methamphetamine and 5 kilograms or more of cocaine**, in violation of **Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)**.

<u>  Mr. Rosales authorized this filing  </u>
VICTOR MANUEL ROSALES-RAMOS
Defendant

APPROVED:

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By: _____    _____
Aaron Petters
Assistant United States Attorney            Attorney for Defendant
Southern District of Texas
Telephone: (956) 723-6523
Email: Aaron.Petters@usdoj.gov